UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALPHONZO LEON WRIGHT

       Petitioner,                       Civil Action No.
                                              07-CV-10469

vs.

                                              PAUL D. BORMAN
KURT JONES,                        UNITED STATES DISTRICT JUDGE

       Respondent.
_____/

**<u>ORDER ACCEPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION, OVERRULING PETITIONER'S OBJECTIONS,
AND DENYING PETITIONER'S APPLICATION FOR WRIT OF HABEAS CORPUS</u>**

On September 28, 2009, Magistrate Judge Paul J. Komives issued a Report and Recommendation ("R&R") in which he recommends that Petitioner's Application for Writ of Habeas Corpus be denied. Petitioner has filed untimely objections to the R&R.[1] The Court has had an opportunity to fully review this matter and finds that Magistrate Judge Komives has reached the proper conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Komives' R&R dated September 28, 2009, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Petitioner's objections to the R&R are overruled.

---

[1] On October 14, 2009, the Court issued an order giving Petitioner additional time—until November 14, 2009—to file objections to the R&R. *See* docket entry 13. Petitioner filed his objections on November 16, 2009, two days late. In any event, the Court has reviewed the objections and finds them to be largely, if not entirely, irrelevant.

IT IS FURTHER ORDERED that Petitioner's Application for Writ of Habeas Corpus is denied.

S/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: December 15, 2009

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 15, 2009.

S/Denise Goodine  
Case Manager